BEFORE THE SECOND DIVISION, JULY 30, 1964

No. 68726.—L. Batlin & Son, Inc. v. United States, protest 61/15349 (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise, item No. B632, described on the invoice as meat holders, consists of articles of utility used chiefly in the home, which are in chief value of brass, not plated with gold, platinum, or silver, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 3, 1964

No. 68727.—S. Hata Company and American Customs Brokerage Co. et al. v. United States, protests 62/19123, etc. (Honolulu).

Opinion by DONLON, J.  In accordance with oral stipulation of counsel, the merchandise was held dutiable as follows: The items marked "A," stipulated to consist of somayaki-ware cups similar in all materal respects to those the subject of Abstract 67776, at 10 cents per dozen pieces and 20 percent ad valorem and the items marked "B," stipulated to consist of somayaki-ware, other than cups, the same as that involved in said Abstract 67776, at 10 cents per dozen pieces and 25 percent ad valorem, as claimed.

No. 68728.—Cornet Stores and American Customs Brokerage Co. v. United States, protest 63/460 (Honolulu).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of wood charcoal briquettes similar in all material respects to those the subject of A. L. Farnsworth v. United States (50 Cust. Ct. 62, C.D. 2389), the claim of the plaintiffs was sustained.